# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MISSOURI

In re Wilma Pennington-Thurman Bankruptcy Case No: 09-46628-399

Chapter 7

Wilma Pennington-Thurman

Plaintiff

vs.

Millsap & Singer, LLC

Federal Home Loan Mortgage Corporation

Bank of America, N. A.

Defendants

### MOTION TO REMOVE STATE COURT CASE FILED AGAINST PLAINTIFF WILMA PENNINGTON-THURMAN WHEREAS DEFENDANTS ARE IN CONTEMPT OF PLAINTIFF'S DISCHARGE INJUNCTION

COMES NOW Debtor Wilma Pennington-Thurman files a motion to remove the state court

case 1822-CC0875, 1822-CC0875-01 and ED 107853 to this adversary proceeding in this

Honorable Court pursuant to Bankruptcy Rule 7001 and F.R.C.P. 1447(a).

Defendant Federal Home Loan Mortgage Corporation's Attorney Millsap & Singer, LLC

filed a complaint against Plaintiff/Debtor April 30, 2018. The case was removed

August 23, 2018 to the U. S. District Court Eastern District of Missouri. On September 19, 2018.

Defendant Federal Home Loan Mortgage Corporation represented by Millsap & Singer, LLC

filed a motion to remand the case to St. Louis City Circuit Court. The U. S. District Court

remanded the case on February 14, 2019.

On April 8, 2019 Defendant Federal Home Loan Mortgage Corporation received a judgment against Plaintiff for $5,000 plus attorney fees and cost in the amount of $4,605.

Defendants that are privity to each other is in contempt of Plaintiff's discharge injunction she received January 27, 2010 in the U. S. Bankruptcy Court Eastern District of Missouri.

"In any case removed from a state court, the district court may issue all necessary orders and process to bring before it all proper parties whether served by process issued by the State Court or otherwise."

A defendant "who fails in an attempt to remove on the initial pleadings can file a removal petition when subsequent pleadings or events reveal a new and different ground for removal. *Kirbride v. Cont'l Cas.* 781 F. 3d 1185, 1188 (9th Cir. 2015) (quoting FDIC v. Santiago Plaza, 598 F. 2d 634, 636 (1st Cir. 1979)

Debtor/Plaintiff prays This Honorable Court will transfer the state court case to this court.

Respectfully submitted,

Wilma Pennington-Thurman

P. O. Box 771201

St. Louis, Missouri 63177

314 566-2106